UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY C. MARTINEZ, | No. C 11-882 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| JAMES D. HARTLEY, warden, | |
| Respondent. | |

Respondent has filed an <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Michele Swanson, the court GRANTS respondent's request. (Docket # 6.) Respondent must file and serve his response to the petition no later than **August 26, 2011**. Petitioner must file and serve his traverse no later than **September 30, 2011.**

IT IS SO ORDERED.

DATED: June 28, 2011

SUSAN ILLSTON
United States District Judge