UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY C. MARTINEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JAMES D. HARTLEY, warden,<br><br>　　　　Respondent.<br>_____ / | No. C 11-882 SI (pr)<br><br>**ORDER EXTENDING DEADLINE** |

　　　Petitioner has filed an *ex parte* request for an extension of time to file and serve his traverse to the response to the petition for writ of habeas corpus. Upon due consideration, the court GRANTS petitioner's request. (Docket # 11.) Petitioner must file and serve his traverse no later than **November 4, 2011.**

　　　IT IS SO ORDERED.

DATED: October 12, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge